**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Progressive Produce Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Wild West Produce, LLC; Mario G. Luera a/k/a Gil M Luera; Amy Luera,<br><br>Defendants. | CV 13-00665 RSWL (PJWx)<br><br>**ORDER TO SHOW CAUSE** |

    The Court is in receipt of Plaintiff's Complaint filed on January 30, 2013. Federal Rule of Civil Procedure 8(a)(2) provides that each pleading must contain "a short and plain statement of the grounds upon which the court's jurisdiction depends." Plaintiff's Complaint makes no statement regarding why this case should be within the Court's jurisdiction.

1

Therefore, it is **ORDERED** that Plaintiff show cause why this case is within the Court's jurisdiction. Plaintiff has no later than March 4, 2013, to respond, demonstrating why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: February 8, 2013

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge